

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILBERT WILSON, # 10376-035 | § |
| | § |
| Petitioner, | § |
| v. | § Civil Action No. 3:05-CV-1518-L |
| | § |
| DAN JOSLIN, Warden, | § |
| | § |
| Respondent. | § |

## ORDER

Petitioner Wilbert Wilson filed this application for writ of habeas corpus under 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On August 16, 2005, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") were filed, to which no objections were filed. The magistrate judge recommended that Petitioner's § 2241 petition be denied for lack of subject matter jurisdiction, as Petitioner's challenge to the method of the Bureau of Prison's calculation of good time credits is not ripe for judicial review. *See* Report at 3 (and cases cited therein).

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct in recommending dismissal of the § 2241 petition for lack of subject matter jurisdiction. Accordingly, the magistrate's findings and conclusions are accepted as those of the court. Petitioner's § 2241

Order – Page 1

petition for the writ of habeas corpus is **denied**, and this action is **dismissed without prejudice**. Judgment will issue by separate document.

**It is so ordered** this 23nd day of September, 2005.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge